JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Brain Institute, Marie Vahdat<br><br>             Plaintiff,<br><br>v.<br><br>United Healthcare Services, Inc., The HNTB Employee Health Care Plan and DOES 1-10,<br><br>             Defendants. | Case No.: 2:23-cv-06071 CV RAOx)<br><br>**ORDER DISMISSING CASE** |

On March 27, 2025, Defendants United HealthCare Services, Inc. and HNTB Employee Health Care Plan and Plaintiffs California Brain and Marie Vahdat filed a Stipulation Re Dismissal of Entire Action With Prejudice (Doc. # 72). The Court, having considered this stipulation and good cause having been found, hereby **GRANTS** the Stipulation and Orders as follows:

1. The above-entitled action, Case No. 2:23-cv-06071CV (RAOx), is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2. Each party shall bear their own costs and fees.

//

1

**IT IS SO ORDERED.**

2

3    Dated:  4/3/25

Cynthia Valenzuela

4    HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28